# ADAM WUKELECH v. PITTSBURGH CONSTRUCTION COMPANY.[1]

June 25, 1915.

Nos. 19,232—(147).

**Case followed.**

Action in the district court for Hennepin county to recover $15,000 for personal injury received while in the employ of defendant. The case was tried before Molyneaux, J., and a jury which returned a verdict for $750. From an order denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Reversed.

*Barrows, Stewart & Ordway*, for appellant.

*Donald G. Hughes*, for respondent.

PER CURIAM.

Action for personal injuries. Verdict for the plaintiff. Defendant appeals from an order denying its alternative motion for judgment or for a new trial.

The plaintiff was injured in the same accident as the plaintiff in Kowatch v. Pittsburgh Construction Co. supra, page 174, 153 N. W. 326. This case follows that.

Order reversed.